# Third District Court of Appeal
## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0832
Lower Tribunal No. M23-1471
_____


**Rosanna Thomasina Espinal,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Betsy Alvarez-Zane, Judge.

Rosanna Thomasina Espinal, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.